## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARDELL DUPATY, on behalf of plaintiff and the class defined below, | ) ) ) ) | 13-cv-3223 |
| Plaintiff, | ) ) ) | Judge John J. Tharp Magistrate Judge Jeffrey T. Gilbert |
| vs. | ) ) | |
| HALSTED FINANCIAL SERVICES, LLC, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

1. The Court grants in part plaintiff Ardell DuPaty's Motion for Entry of Default Judgment Against Halsted Financial Services, LLC (Doc. 21).

2. Judgment is hereby entered in favor of plaintiff Ardell DuPaty and against defendant Halsted Financial Services, LLC in the amount of $1,000.00.

ENTERED:

_____
Honorable John J. Tharp
United States District Judge

DATE: ___10/24/13_____