**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARDELL DUPATY, | ) | |
| on behalf of plaintiff and the class defined below, | ) ) | 13-cv-3223 |
| | ) | |
| Plaintiff, | ) | Judge John J. Tharp |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| vs. | ) | |
| HALSTED FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### SATISFACTION OF JUDGMENT

Plaintiff Ardell DuPaty hereby acknowledges payment and full satisfaction of the

Judgment entered by the Court on October 24, 2013 in the above captioned action.


    Respectfully submitted,

    s/Francis R. Greene
    Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

     I, Francis R. Greene, hereby certify that on November 27, 2013 a copy of the foregoing document was filed electronically via the CM/ECF system, and was served via U.S. Mail upon the following:

Halsted Financial Services, LLC
c/o Syed Ali (Registered Agent)
8548 Kerlov Avenue, Skokie, Illinois 60076

                                                      s/ Francis R. Greene
                                                      Francis R. Greene